IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WALTER BLANCK,

                                                                        ORDER

                      Plaintiff,

                                                     13-cv-193-bbc

     v.

MIL FBI, et al.,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In response to a July 19, 2013 order from the court, plaintiff Walter Blanck has submitted correspondence to the court, in which he writes at length about problems he has had with the FBI and others. He has not responded to the order, which required him to file a new complaint, saying why he thinks he is presently in danger of imminent physical harm, and particularly, if he is not being given his medication or proper nutrition, who he alleges is responsible for the withholding of these items.

      In addition to his complaint, plaintiff has written 20 letters to the court, but none of them set out a claim of imminent harm. (As a prisoner who has filed three complaints that failed to state a claim on which relief may be granted, plaintiff may not file another complaint unless he alleges that he is in imminent danger of physical harm. 28 U.S.C. § 1915(g).) Despite the opportunities that plaintiff has been given in which to file a complaint that gives minimal notice of his claim and the persons responsible, he has so far

1

been unable to comply. There is no reason to think he can do better if he is given yet another chance. Therefore, this case will be dismissed.

Along with his extensive correspondence, plaintiff filed a motion, dkt. #27, asking for the release of all files. It appears that he wants information about chemicals that the FBI referred to in coded phrases and the release of names and dosages in the medical report concerning the September 30, 1976 rogue arrests and severe beatings by the FBI. That motion will be denied. Plaintiff has no open case in which such information might be relevant.

ORDER

IT IS ORDERED that this case is DISMISSED for plaintiff Walter Blanck's failure to file a valid, comprehensible complaint. His motion for release of files, dkt. #27, is DENIED.

Entered this 30th day of July, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge