IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER BLANCK,

                Plaintiff,                JUDGMENT IN A CIVIL CASE

    v.                                      13-cv-193-bbc

MIL. FBI, CIA, ATF, REP. AGENDA,
PRES. 41, PRES. 43, CARL ROVE,
E.D. US ATTY BISKUPIC, D.A. PAUL BUCHER,
FORMER GOV. JAMES RYAN,
THE PUBLIC DEFENDERS OFFICE,
DET. ASSIGNED TO EACH FRAUDULENT
ACT, STATE OF WI, GOV. WALKER'S
ATTORNEYS, BEST & FRIEDRICH, GOV.
WALKER'S DOC., GBCI ROGUE STAFF, REP.
PARTY'S DOC STAFF, WI GOV. WALKER, WI
GOV. THOMPSON,  JUDGE FRANK RHODE,
JR., ATTY. MARK COOK,  PROSECUTOR
VOJOVICH, JUDGE HENRY COULON, WI
JUDGE-TRIAL MAC DAVIS, PRE TRIAL JOE
WIMMER, BRAD BLOCH, SAM BENEDICT,
ATTY. MARQUIS, APPEAL ATTY. THOMAS
LILLIAN, WI APPEAL ATTY. MIKE BACHUS,
THOMAS WILMOUTH,  MIL JOURNAL
REPORTER DAVID OFFER, TOM HELD, LISA
SINK, KOCH BROS., PRES. OBAMA and
WARDEN BAENEN,

                Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to file a valid, comprehensible complaint.

    /s/                                          7/31/2013

Peter Oppeneer, Clerk of Court                Date