IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WALTER BLANCK,

          Plaintiff,

v.

WARDEN BAENEN, *et al.*

          Defendants.

ORDER

13-cv-193-bbc

---

      At the telephonic preliminary pretrial conference on April 8, 2014 in this civil rights lawsuit by a state inmate against Wisconsin Department of Corrections employees, plaintiff, who is proceeding pro se, insisted that this court notify the United States Attorney's Office of plaintiff's claims and direct that the United States involve itself in this case. The court declined to do so and explained why not, but it acceded to plaintiff's request for a mailing address. Here it is:

      United States Attorney's Office, Western District of Wisconsin
      222 West Washington Avenue, Suite 700
      Madison, WI 53703

The court reminds plaintiff that he is responsible for his own lawsuit and cannot neglect his obligations regarding discovery, motions, and other deadlines while attempting to persuade the United States Attorney to take an interest in this lawsuit.

      Entered this 9th day of April, 2014.

                                  BY THE COURT:

                                  /s/

                                  STEPHEN L. CROCKER
                                  Magistrate Judge