IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WALTER BLANCK,

        Plaintiff,

v.

WARDEN BAENEN, DR. SUMNICHT,
NURSE LEMON, SGT. LAUFENBERG,
SUPERVISOR BEVERLY, and
CORRECTIONAL OFFICER MCDONALD,

        Defendant.

ORDER

13-cv-193-jdp

---

WALTER BLANCK,

        Plaintiff,

v.

CORRECTIONAL OFFICER VERDEGEN,

        Defendant.

ORDER

14-cv-135-jdp

---

Recruited counsel for plaintiff Walter Blanck's medical care case, no. 13-cv-193, has agreed to represent Blanck in his assault case, no. 14-cv-135, as well. Blanck and the state have filed a joint motion to consolidate these two cases and to allow Blanck time to file amended pleadings. I conclude that it is appropriate to consolidate the cases and for counsel to submit amended complaints. Accordingly, IT IS ORDERED that:

1. The parties' joint motion to consolidate is GRANTED. Case nos. 13-cv-193 and 14-cv-135 are consolidated for all purposes under Federal Rule of Civil Procedure 42(a).

2. The parties must file all future submissions in case no. 13-cv-193.

3. Plaintiff may have until June 15, 2017, to submit amended complaints.

4. The clerk of court is directed to set a telephone conference before Magistrate Judge Stephen Crocker to set the schedule for the remainder of the proceedings in these consolidated cases.

Entered May 24, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge